ADAM PAUL LAXALT
Nevada Attorney General
GERRI LYNN HARDCASTLE
Deputy Attorney General
Nevada Bar No. 13142
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV  89701-4717
Tel: (775) 684-1134
E-mail: ghardcastle@ag.nv.gov

*Attorneys for Defendant Sean Nicholas*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEAN R. LEGG,<br><br>    Plaintiff,<br><br>v.<br><br>SHAN NICHOLS,<br><br>    Defendants. | Case No.  3:16-cv-00198-RCJ-VPC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed by and between Plaintiff Dean R. Legg, appearing *pro se*, and Defendant SEAN NICHOLAS, incorrectly referred to as SHAN NICHOLS in Plaintiff's compliant, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Gerri Lynn Hardcastle, Deputy Attorney General, that the above-captioned matter be dismissed with prejudice, and that each party bear its own attorney fees and costs.

DATED this ____ day of January, 2017.          DATED this 22nd day of Feb. 2017.

                                                ADAM PAUL LAXALT
                                                Attorney General

_____                    By_____
DEAN R. LEGG                                    GERRI LYNN HARDCASTLE
                                                Deputy Attorney General
*Plaintiff Pro Se*                              Bureau of Litigation
                                                Public Safety Division

                                                *Attorneys for Defendants*

## ORDER

This matter comes before the Court on the parties' Stipulation for Dismissal with Prejudice. The Court has examined the Stipulation for Dismissal with Prejudice as agreed by the parties hereinabove, good cause having been shown,

IT IS THEREFORE ORDERED that this cause of action is dismissed with prejudice with each party bearing its own attorneys' fees and costs.

DATED: This 23rd day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE